AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

ROBERT J. TIPPIT,

     Plaintiff,         JUDGMENT IN A CIVIL CASE

V.

                         CASE NUMBER: **3:07-CV-00520-BES-RAM**

R. BRUCE BANNISTER, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that because plaintiff's complaint fails to state a claim and cannot be cured by amendment, the action is **DISMISSED with prejudice in its entirety.**

  April 4, 2008                                    **LANCE S. WILSON**
                                                             Clerk

                                                              /s/ Katie Lynn Ogden
                                                                   Deputy Clerk